IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIAN RODRIGUEZ,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**R. ENLERS,**<br><br>　　　　　　　　　　Defendant. | Case No. 2:20-cv-02399 JAM EFB<br><br>[~~PROPOSED~~] ORDER |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendant's Motion to Stay non-exhaustion based discovery is GRANTED.  Discovery pertaining to issues other than the exhaustion of an administrative remedy will not be permitted absent an order from this Court.  The Discovery and Scheduling Order is vacated.  A new Discovery and Scheduling Order will be issued after a final ruling on Defendant's Exhaustion-Based Motion for Summary Judgment.

Dated:  August 16, 2021.

　　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE