UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN RODRIGUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>E. ENLERS, et al.,<br><br>        Defendants. | No. 2:20-cv-2399-JAM-EFB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. He has filed a two-page document. ECF No. 26. The first page is titled "Motion to Leave to Amend 9-10-21" and is devoid of substance or argument. *Id.* at 1. The second page is a proof of service for a "Motion to Compel Discovery." *Id.* at 2. Defendant has opposed the motion to amend. ECF No. 27.

Plaintiff has neither included a proposed amended complaint nor stated why he seeks leave to amend his complaint. *See* E.D. Cal. L.R. 220. To the extent there is any confusion on the matter, the court notes that plaintiff is not required to amend his complaint.

/////

/////

/////

/////

Based on the foregoing, it is hereby ORDERED that plaintiff's motion to amend (ECF No. 26) is DENIED without prejudice.[1]

DATED: September 3, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court also notes that it is not in receipt of any motion to compel, despite plaintiff's proof of service purporting to have served the same.